# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TENKASI VISWANATHAN, ) | |
|             Plaintiff(s), ) | Case No. 2:15-cv-02015-RCJ-NJK |
| vs. ) | ORDER |
| MOVING USA, INC., et al., ) | (Docket No. 8) |
|             Defendant(s). ) | |

      Presently before the Court is Plaintiff's Motion to Strike, or alternatively, Motion for Extension of Time. Docket No. 8. For good cause shown, the Court **GRANTS** the motion in part and **DENIES** the motion in part. The deadline for Plaintiff to respond to Defendants' motion to quash at Docket No. 7 is extended to April 19, 2016, two weeks after Defendants' response deadline to the Court's concurrently-issued Order to Show Cause. All other requests in Plaintiff's motion are **DENIED**.

      IT IS SO ORDERED.

      DATED: March 29, 2016

                                                              NANCY J. KOPPE  
                                                              United States Magistrate Judge