NICHOLAS M. WIECZOREK (#6170)
**MORRIS POLICH & PURDY LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
Emails: nwieczorek@mpplaw.com

Attorneys for Defendants, MOVING USA, INC.
and HAIM-SHALEM

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TENKASI VISWANATHAN,<br><br>                Plaintiff,<br><br>vs.<br><br>MOVING USA, INC.; HAIM-SHALEM, individually and officially; MOVING ON UP, INC.; TAL LAVIE, Individually and Officially,<br><br>                Defendants. | Case No.: 2:15-cv-02015-RCJ-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel of record, Plaintiff Tenkasi Viswanathan (pro se) and Nicholas M. Wieczorek of Morris Polich & Purdy LLP on behalf of Defendants Moving USA, Inc. and

. . . . .
. . . . .
. . . . .
. . . . .
. . . . .
. . . . .
. . . . .
. . . . .

Haim-Shalem, that this action be dismissed, in its entirety, with prejudice, and with each party to bear their own attorney's fees and costs.

DATED this 22 day of November, 2016.

TENKASI VISWANATHAN

By: /s/ Tenkasi Viswanathan
Tenkasi Viswanathan (pro se)
8220 Hollister Avenue
Las Vegas, Nevada 89131
Plaintiff

MORRIS POLICH & PURDY LLP

By: /s/ Nicholas M. Wieczorek
Nicholas M. Wieczorek (#6170)
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: nwieczorek@mpplaw.com
Attorneys for Defendants
MOVING USA, INC. and HAIM-SHALEM

ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 1, 2016.